IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HANNAH TAYLOR,

    Plaintiff,

v.

                                Civil Action No.: 3:23-cv-00697
                                Honorable Robert C. Chambers

MASON COUNTY COMMISSION
d.b.a. MASON COUNTY EMERGENCY
MEDICAL SERVICES,

    Defendant.

## DISMISSAL ORDER

**NOW COMES,** the Plaintiff, Hannah Taylor, by counsel, Richard W. Walters, Ryan W. Walters, and the law firm of Shaffer & Shaffer, PLLC, and the Defendant, Mason County Commission d.b.a. Mason County Emergency Medical Services, by counsel, Jacob D. Layne, Adam S. Daugherty, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that all matters in controversy between Plaintiff and Defendant have been fully settled and compromised and that said parties hereto move the Court to dismiss Plaintiff's claims against the Defendant from the Court's docket with prejudice with said parties to bear their own costs and fees.

The Court hearing no objection and perceiving of none, hereby **ORDERS** that this civil action be **DISMISSED** with **PREJUDICE** and stricken from the Court's active docket.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this ___7___ day of __Feb__, 2025.

                                                HONORABLE ROBERT C. CHAMBERS

PREPARED BY:

/s/ Jacob D. Layne
Jacob D. Layne (WVSB #11973)
Adam S. Daugherty (WVSB #14444)
Pullin, Fowler, Flanagan,
Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant*


AGREED TO BY:

/s/Richard W. Walters
Richard W. Walters (WVSB #6809)
Ryan W. Walters (WVSB #14113)
Shaffer & Shaffer, PLLC
Post Office Box 3973
P.O. Box 3973
Charleston, WV 25339
*Counsel for Plaintiff*